**957  HEATON ET AL. vs. CIRCUIT JUDGE (Wayne), No. 12301.**

To compel respondent to sign bill of exceptions.

Granted October 27, 1891.

Respondent answered that a member of the household of the attorney for relator was sick with diphtheria and respondent declined to hear him.

**958  CUMMER vs. CIRCUIT JUDGE (Wexford), No. 12080½.**

To compel respondent to settle and sign a bill of exceptions.

Order to show cause denied July 1, 1891.

The facts are stated in Olson vs. Circuit Judge, supra, 597.

**959  BURDICK vs. CIRCUIT JUDGE (Newaygo), No. 13933.**

To compel settlement of bill of exceptions, where the return alleges that the bill, as presented, did not state correctly the substance of the testimony given, and respondent is unable to make the corrections in the absence of a copy of the testimony, which appellant had obtained an extension of time of six months to enable him to procure, but which he had not obtained.

Denied January 7, 1894, with costs.